# Court of Appeals
# of the State of Georgia

ATLANTA,  June 14, 2024

*The Court of Appeals hereby passes the following order:*

## A24I0223. MILLICENT PARKER v. THE STATE.

In this prosecution for trafficking cocaine, defendant Millicent Parker filed a motion to suppress evidence obtained as a result of a traffic stop. The trial court denied the motion in an order entered on April 24, 2024, and issued a certificate of immediate review on Monday, May 6, 2024. Parker then filed this application for interlocutory review on May 24, 2024. We lack jurisdiction.

An application for interlocutory appeal must be filed within 10 days of the date on which a timely certificate of immediate review is entered. OCGA § 5-6-34 (b); *Genter v. State*, 218 Ga. App. 311, 311 (460 SE2d 879) (1995). The statutory requirements for interlocutory review are jurisdictional. *State v. Wheeler*, 310 Ga. 72, 76 (3) (849 SE2d 401) (2020). Parker's application is untimely, as it was filed 18 days after entry of the certificate of immediate review. Consequently, this application is hereby DISMISSED for lack of jurisdiction. See *Genter*, 218 Ga. App. at 311.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  06/14/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , *Clerk.*